# UNITED STATES COURT OF INTERNATIONAL TRADE
# THE HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE

| | |
|---|---|
| AMERICAN DREW, INC., et al., )<br>)<br>*Plaintiffs,* )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al., )<br>)<br>*Defendants.* )<br>_____) | No. 17-00086 |

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the Federal Circuit the denial of Plaintiffs' motion for reconsideration on June 8, 2022 and the denial of Plaintiffs' motion for judgment and entry of final judgment for the Defendants on June 16, 2022. *American Drew v. United States*, CIT No. 1:17-cv-00086-TCS, Slip op. 22-61 (ECF No. 94), Slip op. 22-71 (ECF No. 95), and the Judgment (ECF No. 96) (Ct. Int'l Trade 2022).

2

Dated: August 5, 2022

/s/ J. Michael Taylor
J. Michael Taylor
jmtaylor@kslaw.com
Jeffrey M. Telep
jtelep@kslaw.com
Jeremy M. Bylund
jbylund@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Ave., NW
Washington, D.C. 20006
(202) 737-0500

I. Cason Hewgley, IV
chewgley@kslaw.com
KING & SPALDING LLP
1100 Louisiana St., Suite 4100
Houston, TX 77002
(713) 751-3200

*Counsel to Plaintiffs*